United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Hien H. Nguyen  
Anh Y. Dao  
    Debtors

Case No. 24-02975-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 3  
Date Rcvd: Dec 18, 2024     Form ID: ntcnfhrg     Total Noticed: 22

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 20, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Hien H. Nguyen, Anh Y. Dao, 1593 Macintosh Way, Hummelstown, PA 17036-8730 |
| 5669253 | + | CominityBank/Victoria Secret, PO Box Box 182789, Columbus, OH 43218-2789 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5669247 | + | Email/Text: ally@ebn.phinsolutions.com | Dec 18 2024 18:47:00 | ALLY FINANCIAL, 200 RENAISSANCE CTR # B0, DETROIT, MI 48243-1300 |
| 5669248 | + | Email/PDF: bncnotices@becket-lee.com | Dec 18 2024 19:00:22 | AMERICAN EXPRESS, PO BOX 297871, FORT LAUDERDALE, FL 33329-7871 |
| 5670306 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 18 2024 19:00:02 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5675625 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 18 2024 19:00:44 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5669249 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 18 2024 18:47:00 | BANK OF AMERICA, PO BOX 982238, EL PASO, TX 79998-2238 |
| 5669250 | + | Email/Text: BarclaysBankDelaware@tsico.com | Dec 18 2024 18:47:00 | BARCLAYS BANK/OLD NAVY, 125 S WEST ST, WILMINGTON, DE 19801-5014 |
| 5669251 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 18 2024 19:00:48 | CAPITAL ONE BANK USA, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |
| 5669252 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 18 2024 19:00:48 | CITICARDS CBNA, PO BOX 6241, SIOUX FALLS, SD 57117-6241 |
| 5669254 | + | Email/Text: mrdiscen@discover.com | Dec 18 2024 18:47:00 | DISCOVER BANK, PO BOX 30939, SALT LAKE CITY, UT 84130-0939 |
| 5671021 | | Email/Text: mrdiscen@discover.com | Dec 18 2024 18:47:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 5669255 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 18 2024 19:00:43 | JPMCB CARD SERVICES, PO BOX 15369, WILMINGTON, DE 19850 |
| 5675946 | + | Email/Text: RASEBN@raslg.com | Dec 18 2024 18:47:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5669256 | | Email/Text: camanagement@mtb.com | Dec 18 2024 18:48:00 | M & T BANK, 1 FOUNTAIN PLZ, BUFFALO, NY 14203 |
| 5675322 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 18 2024 18:59:23 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| 5669257 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 18 2024 18:59:22 | MERRICK BANK CORP, PO BOX 9201, OLD BETHPAGE, NY 11804-9001 |
| 5672513 | | Email/Text: bnc-quantum@quantum3group.com | Dec 18 2024 18:48:00 | Quantum3 Group LLC as agent for, BUREAUS INVESTMENT GROUP PORTFOLIO NO 15, PO Box 788, Kirkland, WA 98083-0788 |
| 5669258 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 18 2024 18:59:57 | SYNCB/AMAZON PLCC, PO BOX 965015, ORLANDO, FL 32896-5015 |
| 5669259 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Dec 18 2024 18:48:00 | US BANK, 4325 17TH AVE S, FARGO, ND 58125 |
| 5669260 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 18 2024 19:00:02 | WELLS FARGO CARD SER, PO BOX 393, MINNEAPOLIS, MN 55480-0393 |
| 5675196 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 18 2024 19:00:11 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5675056 | * | Discover Bank, P.O. Box 3025, New Albany, OH 43054-3025 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2024     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 18, 2024 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Brent J Lemon | on behalf of Creditor M&T BANK blemon@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James K Jones | on behalf of Debtor 2 Anh Y. Dao jkjones@mette.com rkvansteenacker@mette.com |
| James K Jones | on behalf of Debtor 1 Hien H. Nguyen jkjones@mette.com rkvansteenacker@mette.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Hien H. Nguyen, | Chapter 13 |
| **Debtor 1** | |
| | Case No. 1:24−bk−02975−HWV |
| Anh Y. Dao, | |
| **Debtor 2** | |

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**January 15, 2025** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court Sylvia H. Rambo US Courthouse, Bankruptcy Courtroom 4B, 1501 N. 6th St, Harrisburg, PA 17102 | Date: January 22, 2025<br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: KarenDavis, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: December 18, 2024 |

ntcnfhrg (08/21)